IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                          PLAINTIFF

v.                          No. 3:24-cv-189-DPM

**WORLEY, Nurse, Tucker Unit, ADC;**
**BRADLEY, Nurse, Tucker Unit, ADC;**
**SEAMSTER, Nurse, Provider, Tucker**
**Unit, ADC; and ALEXANDER, Sgt.,**
**Correctional Officer, Tucker Unit, ADC**                         DEFENDANTS

### ORDER

Webster's appeal of Magistrate Judge Moore's decision denying his motion to proceed *in forma pauperis*, Doc. 7, is denied. Her decision was not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). Webster is a three-striker. *Doc. 9* in *Webster v. Does*, No. 3:19-cv-59-DPM (E.D. Ark. 13 June 2019); *Doc. 9* in *Webster v. Pigg*, No. 3:19-cv-60-DPM (E.D. Ark. 13 June 2019); *Doc. 9* in *Webster v. Days Inn Motels, Inc.*, No. 3:19-cv-78-DPM (E.D. Ark. 13 June 2019). And his new complaint, *Doc. 2*, does not allege that he is currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Webster alleges that prison officials at the Tucker Unit were deliberately indifferent to his fractured femur and that, as a result, he received inadequate medical care from May 2024 to September 2024.

He notes, however, that he received his needed surgery in September. *Doc. 2 at 9*. The PLRA's imminent danger exception "focuses on the risk that the conduct complained of threatens continuing or future injury, not on whether the inmate deserves a remedy for past misconduct." *Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003). Webster has not alleged conduct that threatens continuing or future injury, so he may not proceed *in forma pauperis* in this case. *Compare McAlphin v. Toney*, 281 F.3d 709, 711 (8th Cir. 2002).

    So Ordered.

                                   */s/ DP Marshall Jr.*
                                   D.P. Marshall Jr.
                                   United States District Judge

                                   30 October 2024