# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                                    **PLAINTIFF**

v.                           No. 3:24-cv-189-DPM

**WORLEY, Nurse, Tucker Unit, ADC;
BRADLEY, Nurse, Tucker Unit, ADC;
SEAMSTER, Nurse, Provider, Tucker
Unit, ADC; and ALEXANDER, Sgt.,
Correctional Officer, Tucker Unit, ADC**                              **DEFENDANTS**

## ORDER

Webster has not paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 17.* His case will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2025