IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**
**ADC #114018**                                                               PLAINTIFF

v.                                  No. 3:24-cv-189-DPM

**WORLEY**, Nurse, Tucker Unit, ADC;
**BRADLEY**, Nurse, Tucker Unit, ADC;
**SEAMSTER**, Nurse, Provider, Tucker
Unit, ADC; and **ALEXANDER**, Sgt.,
Correctional Officer, Tucker Unit, ADC                         DEFENDANTS

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 January 2025